USMS#37304-509
FID#9516843

**FILED**
CLERK, U.S. DISTRICT COURT
08/28/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

**RECEIVED**
By USMS at 3:31 pm, Jul 07, 2023

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:21-CR-00079-JLS-1 |
| vs. | |
| DARIUS MOORE | **WARRANT FOR ARREST** |
| Defendant(s) | |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Darius Moore and bring him forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint   ☐ Indictment   ☐ Information   ☒ Order of Court   ☐ Violation Petition   ☐ Violation Notice charging him with (ENTER DESCRIPTION OF OFFENSE BELOW)

Violation of Pretrial Release

in violation of Title  18  United States Code, Section(s)  3148

| Kiry K. Gray | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | July 7, 2023 - Santa Ana, California |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| /s/ Jenny Lam | Josephine L. Staton |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

7/7/23
DATE RECEIVED

7/19/23
DATE OF ARREST

Thomas Weeks
NAME OF ARRESTING OFFICER

Deputy
TITLE

[signature]
SIGNATURE OF ARRESTING OFFICER

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

G-04 (10/15)                    **WARRANT FOR ARREST**